NOVEMBER 8, 1968.

No. —. SHANKER ET AL. v. RANKIN, CORPORATION COUNSEL OF THE CITY OF NEW YORK. Ct. App. N. Y. Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. *Ralph P. Katz* for applicants. *J. Lee Rankin, pro se,* and *Frederic S. Nathan* and *Stanley Buchsbaum* in opposition.

NOVEMBER 12, 1968.

No. 132, October Term, 1965. HOLT ET AL. v. KIRBY ET AL., 384 U. S. 28, 967. Motion of Morris Smith et al. to recall and amend judgment in this case denied. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Robert L. Bobrick* on the motion. *John E. Tobin* and *Benjamin Vinar* for Kirby et al., and *Mark F. Hughes* and *Vincent R. Fitzpatrick* for Alleghany Corp., in opposition.

No. 65. LEARY v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 392 U. S. 903.] Motion of American Civil Liberties Union for leave to file a brief, as *amicus curiae,* granted. *Jonathan Soboloff* and *Melvin L. Wulf* on the motion.

No. 644. BOULDEN v. HOLMAN, WARDEN. C. A. 5th Cir. [Certiorari granted, *ante,* p. 822.] Motion of petitioner for appointment of counsel granted. It is ordered that *William B. Moore, Jr., Esquire,* of Montgomery, Alabama, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.